STATE OF MINNESOTA )
                               ) ss. ALYSSA LEARY
COUNTY OF RAMSEY )

1. I am a Special Agent of the United States Department of Justice, Federal Bureau of Investigation (FBI). I have been employed by the FBI since April, 2022. I am currently assigned to the Minneapolis Division where my investigative responsibilities include investigation of violent crimes. I have gained knowledge and experience through training at the FBI Academy, in service training, and everyday work in conducting these types of investigations.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Jose Alberto ARROYO-SOTELO for attempted assault of a federal officer in violation of Title 18, United States Code, Section 111.

3. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings. This affidavit does not include all of the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

4. On the early morning of October 10, 2025, a team of federal law enforcement officers including agents of the U.S. Border Patrol (USBP) and special agents of the Department of Homeland Security Investigations (HSI) and the Internal Revenue Service (IRS) were looking for a man with the initials D.A.R. who was believed to be unlawfully in the United States. Agents went to a duplex in Fridley, Minnesota, that D.A.R. was known to frequent. Agents conducted surveillance of the residence and saw a man who appeared to be D.A.R. walk to a red vehicle that they confirmed was registered to D.A.R. Agents then saw a second male exit the other residence in the duplex and enter the red sedan. The red sedan then left the area.

5. A USBP agent followed the vehicle for approximately ten minutes until it arrived at a gated apartment complex in in Brooklyn Park, Minnesota. The vehicle was there for approximately 10–15 minutes before it left the gated complex. While the red sedan was at the apartment complex, other agents arrived in the area. When the red sedan left the complex, a USBP agent saw three occupants inside the vehicle. USBP agents conducted a vehicle stop at about 6:15 a.m.

6. The red sedan pulled over to the middle lane of traffic on the left side of the road. A USBP agent approached the red sedan's passenger side and made contact with the occupants. The agents recognized D.A.R. as the driver

of the red sedan. The agent directed D.A.R. to shut the vehicle off and give the agent the keys. D.A.R. complied.

7.   The agent then spoke to the front passenger, later identified as ARROYO-SOTELO. The agent asked in Spanish about ARROYO-SOTELO's immigration status. ARROYO-SOTELO replied in English that he did not understand. The agent then repeated the questioning in English. ARROYO-SOTELO replied that he did not wish to answer. The agent then said that ARROYO-SOTELO would be detained and brought to the USBP station to be identified. The agent then opened the passenger door, took SOTELO's arm, and placed it on top of the vehicle. With his other hand, the agent reached for his hand cuffs. At that point, ARROYO-SOTELO turned away and began to run into oncoming traffic.

8.   An IRS special agent grabbed ARROYO-SOTELO before ARROYO-SOTELO made it into oncoming traffic. The USBP agent grabbed ARROYO-SOTELO from behind and began to drag him backward to the front of the USBP's vehicle. ARROYO-SOTELO continued to actively resist and attempt to escape.

9.   An HSI special agent with the initials J.B. arrived on scene. Special Agent J.B. saw the two agents fighting with ARROYO-SOTELO and attempted to handcuff ARROYO-SOTELO. Special Agent J.B. felt pressure on his service firearm; when Special Agent J.B. reached down, he felt a hand on

the firearm. Realizing that that ARROYO-SOTELO was attempting to grab his firearm, Special Agent J.B. warned other agents and attempted to strike ARROYO-SOTELO to prevent him from taking the firearm.

10.  Special Agent J.B. considered using his oleoresin capsicum (OC) spray but decided agents were close by. A USBP agent announced that the USBP agent was attempting to access the USBP agent's taser. Special Agent J.B. directed agents to let ARROYO-SOTELO go so that a USBP agent could use his taser. ARROYO-SOTELO began to run and the agent tased ARROYO-SOTELO. ARROYO-SOTELO fell to the ground but continued to resist on the ground. Working together agents were then able to take ARROYO-SOTELO into custody. Agents offered ARROYO-SOTELO medical attention, which ARROYO-SOTELO declined.

11.  Agents subsequently confirmed that ARROYO-SOTELO is an undocumented alien with no legal status in the United States.

12.  Special Agent J.B.'s service firearm has been swabbed for DNA. A sample of ARROYO-SOTELO's DNA was taken pursuant to a federal warrant.

## CONCLUSION

13. Based on the information set forth above, there is probable cause to believe that the Defendant, Jose Alberto ARROYO-SOTELO, violated Title 18, United States Code, Section 111, by attempting to assault and assaulting a federal officer.

Further your Affiant sayeth not.

Alyssa Leary
Special Agent, FBI

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
October 17, 2025

ELIZABETH COWAN WRIGHT
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA