UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,           Case No: 25-mj-703 ECW

     Plaintiff,

v.

                                         **Brady Obligation Order**

Jose Alberto Arroyo-Sotelo,

     Defendant.

Pursuant to the Due Process Protections Act the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

   **IT IS SO ORDERED.**

Dated: October 20, 2025                                     *s/Douglas L. Micko*
                                                                     Douglas L. Micko
                                                                     U.S. Magistrate Judge