UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-439 (DWF/EMB)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**MOTION TO DISMISS**

JOSE ALBERTO ARROYO-SOTELO,

Defendant.

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Bradley M. Endicott, Assistant United States Attorney, hereby moves the Court for an order dismissing the Indictment against the above-named defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. As of February 16, 2026, the defendant was removed from the United States and will therefore be unavailable for trial.

Dated:

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

s/ Bradley M. Endicott
BY: BRADLEY M. ENDICOTT
Assistant U.S. Attorney
Attorney ID No. 0349872