UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 25-439 (DWF/EMB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Jose Alberto Arroyo-Sotelo, | |
| Defendant. | |

This matter is before the Court on the United States of America's motion to dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. (Doc. No. 65.) The Court having carefully reviewed the entire record in this matter, hereby enters the following:

**ORDER**

1. The United States of America's motion to dismiss (Doc. No. [65]) is **GRANTED**.

2. The Indictment against Defendant Jose Alberto Arroyo-Sotelo (Doc. No. [18]) is **DISMISSED**.

Dated:  March 13, 2026               s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge